1
 Christopher Stansberry and Cheryl Stansberry, Petitioners v. Blyth Elkerton, Respondent No. 25SC405
Supreme Court of Colorado, En Banc
September 29, 2025
           Court
 of Appeals Case No. 24CA864
 
 
 
          Petition
 for Writ of Certiorari DENIED.
 
 
          
 JUSTICE SAMOUR would GRANT as to the following issues:
 
 
          Whether
 the proper appellate standard of review is de novo, clear
 error, or a different standard when a district court holds a
 hearing, rejects on credibility grounds the relevant
 testimony presented, and decides the case on undisputed
 documentary evidence.
 
 
          Whether
 the addition of indemnity and hold harmless provisions to a
 settlement offer constitutes a new offer that, by operation
 of law, renders the original offer incapable of acceptance
 and thus not an enforceable agreement.